IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:26-MJ-1286-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER ON PROBABLE CAUSE AND DETENTION |
| | ) | |
| | ) | |
| JOHN CHARLES SEELEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court August 28, 2026, for a preliminary hearing on a charge contained in a criminal complaint against Defendant and for a hearing on the government's motion, pursuant to 18 U.S.C. § 3142, to detain Defendant pending further proceedings. On August 20, 2026, Defendant was charged in a criminal complaint for making an interstate communication with intent to kidnap or injure, in violation of 18 U.S.C. § 875(c). [DE-1].

At the hearing the government proceeded by proffer without objection. The court has considered the proffer, finding it to be reliable and corroborative of the affidavit in support of the complaint and arrest warrant, sufficient to establish probable cause to support the charge contained in the criminal complaint.

Having considered the record pursuant to 18 U.S.C. § 3142(g), the law requires that Defendant be detained pending further proceedings on the grounds that he presents a risk of nonappearance, based on the following principal findings and reasons: (1) the nature of the offense charged, (2) the strength of the government's case; (3) lack of a viable release plan, given indicia of defendant's transience, or insecure living situation and lack of a proposed third-party custodian, and (4) for other reasons stated in open court.

Accordingly, Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the government, the person in charge of the corrections facility must deliver Defendant to the United States Marshals for a court appearance.

So ordered, the 31st day of August 2026.

Robert B. Jones, Jr.
United States Magistrate Judge